UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LISSETTE WAUGH and WENDY ROBIN, | Case No. 2:12-cv-01039-APG-VCF |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| v. | |
| NEVADA STATE BOARD OF COSMETOLOGY, | |
| Defendant. | |

On August 6, 2014, I granted in part both of the parties' respective motions for summary judgment and enjoined the defendant board from enforcing against the plaintiffs certain portions of the statute that is at issue in this case. (Dkt. #45.) Unsatisfied with that result, the plaintiffs appealed my decision. (Dkt. #47.) Subsequently, the plaintiffs moved to dismiss their appeal as moot. (Dkt. #50.) The United States Court of Appeals for the Ninth Circuit granted that motion and followed its "established practice" of vacating the district court judgment and remanding for dismissal of the complaint. (*Id.*) Therefore, based upon the Order (Dkt. #50) and Mandate (Dkt. #51) of the Ninth Circuit,

IT IS ORDERED that the plaintiffs' complaint is dismissed. The clerk of the court shall close this file.

Dated this 21st day of March, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE